UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

IN RE:                                    )
                                          )
Arthur Martin & Lorrie Ann Antkowiak  )        CASE No. 10-40512
                                          )
           Debtor                         )

NOTICE OF DEPOSIT OF FUNDS INTO REGISTRY ACCOUNT

TO:   Hudson & Keyse LLC, % Vion Holdings LLC, PO Box 1090, Mentor, OH
      44061

David A. Rosenthal, Chapter 13 Trustee, has deposited the sum of $15,575.56 into the Registry Account with the U.S. Bankruptcy Court.  The Trustee issued Check No. 112541 on February 3, 2012 in the amount of $215.59 at the address stated above.  The check was returned to the Trustee marked "Non-Deliverable as Addressed, Unable to Forward".   The check was voided and the **remaining funds were reserved** to be turned over to the Registry Account.

       To reclaim such funds you will need to comply with Rule B311 of the Local Rules of the United States Bankruptcy Court and file such motion with the Clerk, United States Bankruptcy Court, 230 N. 4th Street, Room 105 Lafayette, IN 47901-1322.

       Dated this 9th day of November, 2015.


                         /s/ David A. Rosenthal
                         David A. Rosenthal
                         Chapter 13 Trustee
                         P.O. Box 505
                         Lafayette, IN 47902
                         (765) 742-8248

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, on this 9th day of November, 2015 to:

United States Trustee, 555 One Michiana Sq., 100 E. Wayne, South Bend, IN 46601
Brad A. Woolley, 103 E. Broadway, Monticello, IN 47960
Hudson & Keyse LLC, % Vion Holdings LLC, PO Box 1090, Mentor, OH 44061

<u>/s/ David A. Rosenthal</u>
David A. Rosenthal
Chapter 13 Trustee
P.O. Box 505
Lafayette, IN 47902
(765) 742-8248